DUANE M. GECK (State Bar No. 114823)
DONALD H. CRAM (State Bar No. 160004)
ANDREW S. ELLIOTT (State Bar No. 254757)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
Email: dhc@severson.com

Attorneys for Plaintiff
FORD MOTOR CREDIT COMPANY LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>FAIRFIELD FORD, a California Corporation, and ROBERT G. STARKS, an individual,<br><br>    Defendants. | Case No.:  2:09-CV-01240 FCD KJM<br><br>**ORDER RE STIPULATION TO EXTEND TIME FOR FAIRFIELD FORD AND ROBERT G. STARKS TO FILE A RESPONSIVE PLEADING TO COMPLAINT**<br><br>Date:    No hearing pending<br>Time:<br>Dept:    Courtroom 1<br>Judge:   Hon. Frank C. Damrell, Jr.<br><br>Complaint Filed: May 5, 2009<br>Trial Date:          None Set |

The Court after reviewing the *Stipulation To Extend Time For Fairfield Ford And Robert G. Starks To File A Responsive Pleading To Complaint*, and for good cause appearing, makes the following order:

\\\

\\\

1

IT IS HEREBY ORDERED THAT the deadline for Fairfield Ford and Robert G. Starks to file a responsive pleading to the complaint be extended up through and including September 16, 2009.

DATED: July 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE