DUANE M. GECK (State Bar No. 114823)
DONALD H. CRAM (State Bar No. 160004)
ANDREW S. ELLIOTT (State Bar No. 254757)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
Email: dhc@severson.com

Attorneys for Plaintiff
FORD MOTOR CREDIT COMPANY LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>     vs.<br><br>FAIRFIELD FORD, a California Corporation, and ROBERT G. STARKS, an individual,<br><br>            Defendants. | Case No.:  2:09-CV-01240-FCD-KJM<br><br>**ORDER RE STIPULATION TO EXTEND TIME FOR FAIRFIELD FORD AND ROBERT G. STARKS TO FILE A RESPONSIVE PLEADING TO COMPLAINT**<br><br>Date:    No hearing pending<br>Dept:    Courtroom 1<br>Judge:  Hon. Frank C. Damrell, Jr.<br><br>Complaint Filed: May 5, 2009<br>Trial Date:          None Set |

    The Court after reviewing the *Third Stipulation To Extend Time For Fairfield Ford And Robert G. Starks To File A Responsive Pleading To Complaint* ("Stipulation"), and for good cause appearing, makes the following order:

\\\

\\\

\\\

\\\

1   IT IS HEREBY ORDERED THAT the Stipulation is approved and the deadline for Fairfield Ford and Robert G. Starks to file a responsive pleading to the complaint is hereby extended up through and including November 16, 2009.

IT IS FURTHER ORDERED THAT the parties shall file a Joint Status Report on or before November 16, 2009.

DATED:  September 16, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE