1 DUANE M. GECK (State Bar No. 114823)
  DONALD H. CRAM (State Bar No. 160004)
2 ANDREW S. ELLIOTT (State Bar No. 254757)
  SEVERSON & WERSON
3 A Professional Corporation
  One Embarcadero Center, Suite 2600
4 San Francisco, CA  94111
  Telephone:  (415) 398-3344
5 Facsimile:  (415) 956-0439
  Email: dhc@severson.com
6
  Attorneys for Plaintiff
7 FORD MOTOR CREDIT COMPANY LLC

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                        SACRAMENTO DIVISION

12

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>   vs.<br><br>FAIRFIELD FORD, a California Corporation, and ROBERT G. STARKS, an individual,<br><br>            Defendants. | Case No.:  2:09-CV-01240 FCD KJM<br><br>**ORDER APPROVING FOURTH STIPULATION TO EXTEND TIME FOR FAIRFIELD FORD AND ROBERT G. STARKS TO FILE A RESPONSIVE PLEADING TO COMPLAINT**<br><br>Dept:   Courtroom 2<br>Judge: Hon. Frank C. Damrell, Jr.<br><br>Action Filed: May 5, 2009<br>Trial Date:    None Set |

       The Court after reviewing the *Fourth Stipulation To Extend Time For Fairfield Ford And Robert G. Starks To File A Responsive Pleading To Complaint* ("Stipulation"), and for good cause appearing, makes the following order:

\\\

\\\

\\\

\\\

1  IT IS HEREBY ORDERED THAT the Stipulation is approved and the deadline for Fairfield Ford and Robert G. Starks to file a responsive pleading to the complaint is hereby extended up through and including February 16, 2010.

IT IS FURTHER ORDERED THAT the parties shall file a Joint Status Report on or before February 16, 2010.

DATED: November 12, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE