UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC., | NO. CIV. S-09-1240 FCD KJM |
| Plaintiff, | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| v. | |
| FAIRFIELD FORD, et. al., | |
| Defendants. | |
| _____/ | |

Pursuant to the representation of the plaintiff in the Status Report filed with the Court on March 29, 2010, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before May 14, 2010. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: March 30, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE