DUANE M. GECK (State Bar No. 114823)
DONALD H. CRAM (State Bar No. 160004)
ANDREW S. ELLIOTT (State Bar No. 254757)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
Email: dhc@severson.com

Attorneys for Plaintiff
FORD MOTOR CREDIT COMPANY LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>FAIRFIELD FORD, a California Corporation, and ROBERT G. STARKS, an individual,<br><br>    Defendants. | Case No.:  2:09-CV-01240-FCD-KJM<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Dept:   Courtroom 1<br>Judge:  Hon. Frank C. Damrell, Jr.<br><br>Action Filed: May 5, 2009<br>Trial Date:     None Set |

The Court after reviewing the *Stipulation For Dismissal With Prejudice* ("Stipulation"), and for good cause appearing, makes the following order:

IT IS HEREBY ORDERED THAT the Stipulation is approved.

IT IS FURTHER ORDERED THAT this case is hereby dismissed with prejudice.

IT IS FURTHER ORDERED THAT each party shall bear its own attorneys' fees and costs incurred in this matter.

DATED: April 29, 2010

*[signature]*

HON. FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT COURT JUDGE